# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC42 | E1864998 | B. MUTUC | 1603 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 4-16-2025 1155HRS
Offense Charged: TITLE 18 U.S.C. 1361

Place of Offense: 255 E. TEMPLE ST. LOS ANGELES, CA 90012

Offense Description: Factual Basis for Charge
DAMAGING GOVERNMENT PROPERTY

### DEFENDANT INFORMATION
Last Name: AGUILAR
First Name: ERIK
M.I.: J.
Street Address: [redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ _____ Total Collateral Due

### YOUR COURT DATE
Court Address: ROYBAL FEDERAL BUILDING 255 E. TEMPLE ST LOS ANGELES CA 90012
Date: 07/02/2025
Time: 8:30 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1864998*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04-16, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

On property under the authority of GSA, where the Rules Governing Conduct on such property are posted at the public entrance, Aguilar walked onto Federal property and defaced the Steel Rules and Regulation sign posted in between Bureau of Prison and the Roybal building using a marker. A Bureau of Prison Officer (BOP) Justin Sheldon saw Aguilar defacing a steel sign describing the Rules and Regulations on Federal property. As soon as he noticed the vandalism he waved down a federal contract guard and a Federal Protective Service Inspector (B. Mutuc). Mutuc subsequently detained Aguilar and cited Aguilar for the vandalism.

Aguilar was detained and was issued Citation # E1864998 for Title 18 U.S.C. 1361 Damage of government property.

See FPS Case # 25013581D for additional information.

The foregoing statement is based upon:
☐ my personal observation     ✓ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04-15-25
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident